UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Dexter C. Burke,
    Plaintiff

v.                                                C.A. No. 08-431S

Eric H. Holder, Jr.,
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on February 27, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection has been filed to the Report and Recommendation. Petitioner is no longer detained, therefore his Petition is MOOT, and this matter is hereby DISMISSED without prejudice.

By Order,

_/s/ Wendy Deite_
Deputy Clerk

ENTER:

_/s/ WSmith_
William E. Smith
United States District Judge

Date: 3/20/09